# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **GENEVA ROBINSON,** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. _____ |
| ) | |
| **NFI INTERACTIVE LOGISTICS, LLC,** ) | |
| ) | |
| Defendant. ) | |

## DECLARATION

COMES NOW Sarah Pontoski, and pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am a citizen of the United States, over the age of 18, and competent to testify as to the matters contained in this Declaration.

2.     I have personal knowledge of the facts set forth in this Declaration, or I have knowledge of such facts based upon corporate records which I have reviewed.  Such corporate records are maintained in the regular course of business.

3.     I am currently employed by NFI Interactive Logistics, LLC as Associate General Counsel.

4.     NFI Interactive Logistics, LLC is a limited liability corporation organized under the laws of the State of New Jersey with its headquarters and corporate offices located in Cherry Hill, New Jersey.

5.     NFI Interactive Logistics, LLC has a single member, NFI, LP. NFI, LP is a limited partnership organized under the laws of the State of Delaware.

6.     The partners of NFI, LP, are Sidney Brown, who is a citizen of Pennsylvania; Ike Brown, who is a citizen of Texas; Jeffrey Brown, who is a citizen of New Jersey; and six

traditional trusts, the trustees of which are citizens of Pennsylvania, Texas and New Jersey.  No

partner in NFI, LP is a citizen of Missouri.

**PURSUANT TO 28 U.S.C § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on November 13, 2017

*Sarah Pontoski*
Sarah Pontoski
by permission, Brett Fambie
Brett Fenwks

2